**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                              **Plaintiff,**<br><br>           **vs.**<br><br> **RYAN RIDDLE,**<br><br>                              **Defendant.** | **MEMORANDUM DECISION AND ORDER**<br><br>**2:11-CR-501 DN**<br><br><br>**Chief District Judge David Nuffer**<br><br>**Magistrate Judge Paul M. Warner** |

Chief District Judge David Nuffer referred this case to Magistrate Judge Paul M. Warner pursuant to 28 U.S.C. § 636(b)(1)(A).[1]  Before the court is Ryan Riddle's Motion for Appointment of Counsel.[2]

Mr. Riddle seeks the reappointment of his standby counsel, Steven Killpack, as standard counsel under the Criminal Justice Act.  For the reasons set forth in Mr. Riddle's motion, and for good cause appearing, said motion is **GRANTED**.  Mr. Killpack is now appointed under the CJA as counsel of record to represent Mr. Riddle only for the limited purposes of sentencing, as well as for perfecting any appeal.  Mr. Killpack is not, however, appointed to represent Mr.

---

[1] *See* docket no. 136.

[2] *See* docket no. 1415.

Riddle in the preparation and pursuit of an appeal on his behalf.

**IT IS SO ORDERED**.

Dated this 30th day of March, 2016.

BY THE COURT:

_____

PAUL M. WARNER
United States Magistrate Judge